Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–26061–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffery K McCormick
   986 West Somerdale Road
   Somerdale, NJ 08083
Social Security No.:
   xxx–xx–7707
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/6/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 6, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jeffery K McCormick
     Debtor

Case No. 18-26061-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin           Page 1 of 2         Date Rcvd: Sep 06, 2019
                        Form ID: 148          Total Noticed: 26

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db         +Jeffery K McCormick,    986 West Somerdale Road,    Somerdale, NJ 08083-2419
cr         +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
             West Orange, NJ 07052-5414
517696245  +Citi Bank,    c/o JH Portfolio Debt Equities,    500 Virginia Drive Suite 514,
             Fort Washington, PA 19034-2707
517696246  +Client Services, Inc.,    3451 Harry S. Truman Blvs.,    Saint Charles, MO 63301-9816
517696247  +Comcast Cable,    c/o of Credit Management,    PO Box 118288,    Carrollton, TX 75011-8288
517696249  +Hayt Hayt and Landau,    PO Box 500,    Eatontown, NJ 07724-0500
517696251  +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517743730  +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619094,
             Dallas, TX 75261-9094
518099314  +New Penn Financial, LLC,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
             Westmont, NJ 08108-2812
517826285   New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
             Greenville, SC 29603-0675
517826286   New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
             Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
             Greenville, SC 29603-0675
517696252  +Shapiro & DiNardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517965403  +U.S. Bank Trust National Association,    Select Portfolio Servicing, Inc.,    PO BOX 65250,
             Salt Lake City, UT 84165-0250
517965404  +U.S. Bank Trust National Association,    Select Portfolio Servicing, Inc.,    PO BOX 65250,
             Salt Lake City, UT 84165,    U.S. Bank Trust National Association,
             Select Portfolio Servicing, Inc. 84165-0250
517969739  +U.S. Bank Trust National Association,    Rebecca A. Solarz, Esquire,
             216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517696243  +EDI: BANKAMER.COM Sep 07 2019 03:33:00    Bank of America,    PO Box 31785,
             Tampa, FL 33631-3785
517696244   EDI: CAPITALONE.COM Sep 07 2019 03:33:00    Capital One,    PO Box 30285,
             Salt Lake City, UT 84130-0285
517744116   EDI: CAPITALONE.COM Sep 07 2019 03:33:00    Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC 28272-1083
517774666   EDI: BL-BECKET.COM Sep 07 2019 03:33:00    Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
517696248   EDI: DISCOVER.COM Sep 07 2019 03:33:00    Discover,    PO Box 3025,    New Albany, OH 43054-3025
517708005   EDI: DISCOVER.COM Sep 07 2019 03:33:00    Discover Bank,    Discover Products Inc,
             PO Box 3025,    New Albany, OH  43054-3025
517696250  +E-mail/Text: bncnotices@becket-lee.com Sep 07 2019 00:14:03    Kohl's,    PO Box 3084,
             Milwaukee, WI 53201-3084
517794370   EDI: Q3G.COM Sep 07 2019 03:33:00    Quantum3 Group LLC as agent for,
             JH Portfolio Debt Equities LLC,    PO Box 788,    Kirkland, WA  98083-0788
517696253  +E-mail/Text: bankruptcy@superlativerm.com Sep 07 2019 00:16:09    Superlative RM,
             9355 East Stockton Blvd., Suite 210,    Elk Grove, CA 95624-9528
                                                                              TOTAL: 11


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517818762    BANK OF AMERICA, N.A.
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 06, 2019
                             Form ID: 148              Total Noticed: 26

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:

    Brian C. Nicholas    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
    bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
    cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
    Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
    Kevin E. Aberant    on behalf of Debtor Jeffery K McCormick aberant@tesalaw.com,
    granger@tesalaw.com;aberant@tesalaw.com
    Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
    Towd Point Master Funding Trust 2018-PM17 rsolarz@kmllawgroup.com
    Rebecca Ann Solarz    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
    Servicing rsolarz@kmllawgroup.com
    Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                               TOTAL: 9